IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GEORGE MOORE,<br><br>    Plaintiff,<br><br>v.<br><br>CLUB EXPLORIA, LLC,<br><br>    Defendant. | Case No. 1:19-cv-02504<br><br>Hon. Edmond E. Chang |

**DEFENDANT CLUB EXPLORIA, LLC'S
NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS
OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

On December 10, 2024, Defendant Club Exploria, LLC ("Club Exploria") filed its Opposition to Plaintiff George Moore's ("Plaintiff") Motion for Summary Judgment. Dkt. No. 341. In its Opposition, Club Exploria argued that a jury must determine whether each call was made with consent. *See id.* at 14-16.

On June 20, 2025, the Supreme Court issued an Opinion in *McLaughlin Chiropractic Associates, Inc. v. McKesson Corporation*, No. 23-1226, 2025 WL 1716136 (U.S. June 20, 2025), that changes the legal landscape of the TCPA. Attached hereto as **Exhibit A** is a true and correct copy of the opinion.

Justice Kavanaugh held that "[t]he Hobbs Act does not preclude district courts in enforcement proceedings from independently assessing whether an agency's interpretation of the relevant statute is correct." *Id.* at *4. Said otherwise, "[t]he District Court is **not bound** by the FCC's interpretation of the TCPA." *Id.* at *13 (emphasis added).

1

2

As such, Club Exploria respectfully submits that *McKesson* supports granting Club Exploria's Opposition to Plaintiff George Moore's Motion for Summary Judgement. *See* Dkt. No. 341.

Dated: June 25, 2025                    Respectfully submitted,

CLUB EXPLORIA, LLC

By: /s/ *Brittany A. Andres*
    Eric J. Troutman (pro hac vice)
    California Bar No. 229263
    Puja J. Amin (pro hac vice)
    California Bar No. 299547
    Brittany Andres (pro hac vice)
    California Bar No. 340856
    Troutman Amin, LLP
    400 Spectrum Center
    Suite 1550
    Irvine, CA 92618
    Telephone: (949) 350-3663
    troutman@troutmanamin.com
    brittany@troutmanamin.com

    Peter A. Silverman
    Alexander A. Pabon
    Smith, Gambrell & Russell, LLP
    311 S. Wacker Drive, Suite 3000
    Chicago, IL 60606
    psilverman@sgrlaw.com
    apabon@sgrlaw.com

Case: 1:19-cv-02504 Document #: 369 Filed: 06/25/25 Page 3 of 3 PageID #:9449

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 25, 2025, she caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Brittany A. Andres*
Brittany A. Andres