# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

George Moore

                Plaintiff,

v.                                            Case No.: 1:19–cv–02504
                                                      Honorable Edmond E. Chang

Club Exploria, LLC, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 24, 2025:

      MINUTE entry before the Honorable Edmond E. Chang: The defense motion [339] for leave to move to compel arbitration and the Plaintiff's motion [319] for summary judgment and supplemental briefing remain under advisement. The tracking status hearing of 09/26/2025 is reset to 10/10/2025 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.