IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GEORGE MOORE,<br><br>　　Plaintiff,<br><br>v.<br><br>CLUB EXPLORIA, LLC,<br><br>　　Defendant. | Case No.  1:19-cv-02504<br><br>The Honorable Edmond E. Chang |

### DEFENDANT CLUB EXPLORIA, LLC'S NOTICE OF APPEAL

Defendant Club Exploria, LLC appeals to the United States Court of Appeals for the Seventh Circuit from the final decision regarding arbitration (Dkt. No. 376) entered on September 29, 2025.

Dated: September 29, 2025

Respectfully submitted,

CLUB EXPLORIA, LLC

By: /s/ *Eric J. Troutman*
　　Eric J. Troutman (pro hac vice)
　　California Bar No. 229263
　　Brittany Andres (pro hac vice)
　　California Bar No. 340856
　　Troutman Amin, LLP
　　400 Spectrum Center
　　Suite 1550
　　Irvine, CA 92618
　　Telephone: (949) 350-3663
　　troutman@troutmanamin.com
　　brittany@troutmanamin.com

1

                                          Peter A. Silverman
                                          Alexander A. Pabon
                                          Smith, Gambrell & Russell, LLP
                                          311 S. Wacker Drive, Suite 3000
                                          Chicago, IL 60606
                                          psilverman@sgrlaw.com
                                          apabon@sgrlaw.com

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that on September 29, 2025, she caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                          /s/ *Brittany A. Andres*
                                          Brittany A. Andres