UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| GEORGE MOORE,<br><br>    Plaintiff,<br><br>v.<br><br>CLUB EXPLORIA, LLC,<br><br>    Defendant. | Case No. 1:19-cv-02504 |

## DOCKETING STATEMENT

**I.**     **JURISDICTION OF THE DISTRICT COURT**

The district court had federal question jurisdiction over the underlying action—a civil case pursuant to the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* and 28 U.S.C. § 1331.

**II.**     **JURISDICTION OF THE COURT OF APPEALS**

This appeal is taken from the final decision regarding arbitration of the U.S. District Court for the Northern District of Illinois entered on September 26, 2025 by the Honorable Edmond E. Chang. *See* Memorandum Opinion and Order, Dkt. No. 376. The United States Court of Appeals for the Seventh Circuit has jurisdiction to decide this case pursuant to 9 U.S.C. § 16(a)(1)(B) as the district court issued an order "denying a petition under section 4 of this title to order arbitration to proceed."

The Notice of Appeal was filed with the District Court on September 29, 2025.

                                             Troutman Amin, LLP
                                             */s/ Eric J. Troutman*
                                             Eric J. Troutman
                                             *Attorney for Club Exploria, LLC*