## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE MOORE on behalf of himself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:19-cv-02504 |
| v. | ) ) | |
| CLUB EXPLORIA, LLC, | ) ) | Hon. Edmond E. Chang |
| Defendant. | ) ) ) | |

**[PROPOSED] ORDER GRANTING MOTION TO STAY CASE PENDING APPEAL**

The Court has reviewed Defendant Club Exploria, LLC's Motion to Stay Case Pending Appeal. The Motion to Stay Case Pending Appeal is **GRANTED**. The entire case shall be stayed pending a decision by the Seventh Circuit Court of Appeals on the Court's Memorandum Opinion and Order denying Defendant Club Exploria, LLC's Motion to Compel Arbitration (Dkt. No 376).

SO ORDERED.

_____
Edmond E. Chang
United States District Court Judge