# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

George Moore

                Plaintiff,

v.                                             Case No.: 1:19–cv–02504
                                                    Honorable Edmond E. Chang

Club Exploria, LLC, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 1, 2025:

      MINUTE entry before the Honorable Edmond E. Chang: On the defense motion to stay pending appeal [378], the Plaintiff's response is due by 10/10/2025. The defense reply is due by 10/17/2025. Meanwhile, the scheduling order in R. 376 remains in place given the procedural history of the case generally and the arbitration issue specifically. Emailed notice(mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.