IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE MOORE on behalf of himself and others similarly situated, ) ) ) | |
| Plaintiff, ) | Case No. 1:19-cv-02504 |
| v. ) ) | |
| CLUB EXPLORIA, LLC, ) ) | Hon. Edmond E. Chang |
| Defendant. ) ) | |

**JOINT STATUS REPORT**

On September 26, 2025, the Court granted Plaintiff's motion for summary judgment in favor of the class. Doc. 376. The Court ordered the parties to restart settlement negotiations. *Id.* The parties have done so and are working to jointly schedule a mediation as expeditiously as possible and have agreed to conduct a full mediation with Judge Epstein (ret.) at JAMS on December 10, 2025. The parties will also participate in a telephonic mediation on October 20, 2025 by order of the Seventh Circuit. See App. Doc. 2.

Additionally, the Court ordered the parties to file a report "proposing how to proceed with the entry of judgment of statutory damages for Moore and the class, and how to litigate attorneys' fees, expenses, and any incentive award. Doc. 376 at 33. The parties have conferred and have been unable to reach an agreement on how to proceed. Accordingly, the parties request the Court enter the following briefing schedule for the parties to set forth their respective positions:[1]

   12/19/2025 - Plaintiff's Motion for Entry of Judgment and Scheduling Order
   1/9/2026 – Defendant's Response
   1/23/2026 – Plaintiff's Reply

---

[1] The parties reserve all positions pending further briefing on judgment-related matters.

Respectfully Submitted,

| Plaintiff George Moore | Defendant Club Exploria, LLC |
|---|---|
| By:   s/  Timothy J. Sostrin | By:  s/ Brittany A. Andres |
| Keith J. Keogh | Eric J. Troutman (pro hac vice) |
| Timothy J. Sostrin | California Bar No. 229263 |
| KEOGH LAW, LTD. | Brittany Andres (pro hac vice) |
| 55 W. Monroe, Ste. 3390 | California Bar No. 340856 |
| Chicago, IL 60603 | TROUTMAN AMIN, LLP |
| 312-726-1092 | 400 Spectrum Center |
| tsostrin@keoghlaw.com | Suite 1550 |
| | Irvine, CA 92618 |
| *Attorneys for Plaintiff* | Telephone: (949) 350-3663 |
| | troutman@troutmanamin.com |
| | brittany@troutmanamin.com |
| | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 15, 2025, she caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Brittany A. Andres*
Brittany A. Andres