# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

George Moore

                Plaintiff,

v.                                                    Case No.: 1:19–cv–02504

                                                         Honorable Edmond E. Chang

Club Exploria, LLC, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 23, 2025:

      MINUTE entry before the Honorable Edmond E. Chang: (1.) On review of the status report, R. 385, the Plaintiff's motion for entry of judgment and to set scheduling order is due on 12/19/2025. The defense response is due by 01/09/2026. The Plaintiff's reply is due by 01/23/2026. (2.) On the Plaintiff's motion to strike reply declaration, the defense response (limited to two pages) is due by 10/29/2025. No reply is needed at this time. The tracking status hearing of 10/24/2025 is reset to 10/31/2025 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.