**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Moore v. Club Exploria, LLC

Case Number: 1:19-cv-02504

An appearance is hereby filed by the undersigned as attorney for: Club Exploria, LLC

Attorney name (type or print): Livia M. Kiser

Firm: King & Spalding LLP

Street address: 110 N Wacker Drive, Suite 3800

City/State/Zip: Chicago, IL 60606

Bar ID Number: IL Bar No. 6275283
(See item 3 in instructions)

Telephone Number: 312-764-6911

Email Address: lkiser@kslaw.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you a member of the court's general bar? ☑ Yes ☐ No

Are you a member of the court's trial bar? ☑ Yes ☐ No

Are you appearing *pro hac vice*? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on: October 29, 2025

Attorney signature: S/Livia M. Kiser_____
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023