IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GEORGE MOORE, <br><br> Plaintiff, <br><br> v. <br><br> CLUB EXPLORIA, LLC, <br><br> Defendant. | Case No. 1:19-cv-02504 <br><br> Hon. Edmond E. Chang |

**DEFENDANT CLUB EXPLORIA, LLC'S NOTICE
OF FILING OF OPENING BRIEF ON APPEAL**

Defendant Club Exploria, LLC hereby notifies the Court of the filing of its opening brief in the U.S. Court of Appeals for the Seventh Circuit, Case No. 25-2721. A copy of Club Exploria's opening brief on appeal is attached hereto as Exhibit A.

As Club Exploria previously explained in its pending motion to stay this case, *see* Dkt. 378 at 2, a nonfrivolous "appeal, including an interlocutory appeal, divests the district court of its control over those aspects of the case involved in the appeal." *Coinbase v. Bielski*, 599 U.S. 736, 740 (2023) (quoting *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982)). And the bar for frivolity is high: An appeal is frivolous only "when the result is obvious or when the appellant's argument is wholly without merit." *Dolin v. GlaxoSmithKline LLC*, 951 F.3d 882, 888 (7th Cir. 2020). The attached brief makes clear that Club Exploria's appeal is, at a minimum, not frivolous. This Court should therefore confirm that the case is stayed pending resolution of the appeal.

Dated: November 20, 2025

Respectfully submitted,

*s/ Livia M. Kiser*
Livia M. Kiser
Ill. Bar No. 6275283

        King & Spalding LLP
        110 North Wacker Drive
        Suite 3800
        Chicago, IL 60606
        (312) 995-6333
        lkiser@kslaw.com

        Michael D. Roth
        Cal. Bar. No. 217464
        King & Spalding LLP
        633 West Fifth Street
        Suite 1600
        Los Angeles, CA 90071
        (213) 443-4355
        mroth@kslaw.com

        *Counsel for Defendant Club Exploria, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2025, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of such filing to all counsel of record.

*s/ Livia M. Kiser*
Livia M. Kiser