

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Alexander A. Pabon

Firm   Smith, Gambrell & Russell, LLP

Street Address   155 N. Wacker Drive, Suite 3000

City/State/Zip Code   Chicago, IL 60606

Phone Number   312-360-6000

Email address   apabon@sgrlaw.com

ARDC (Illinois State Bar members, only)   6340146

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
| --- | --- | --- |
| 1:16-cv-08637 | In Re Broiler Chicken Antitrust | Thomas M. Durkin |
| 1:19-cv-02504 | Moore v. Club Exploria, LLC | Edmond E. Chang |
| | | |
| | | |
| | | |
| | | |

/s/Alexander A. Pabon                                December 9, 2025
_____        _____
Signature of Attorney                                   Date

Rev. 01272016