

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information through PACER. Please click HERE for instructions.

*\*If your contact information is correct in PACER but not in CM/ECF, please send an email from your law firm email address to: ECF_PasswordResets_ILND@ilnd.uscourts.gov to request an update to your information.*

Name

Firm

Street Address

City/State/Zip Code

Phone Number

Email address

ARDC (Illinois State Bar members, only)

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

_____          _____-____
Signature of Attorney                                        Date

Rev. 07032025

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he caused a copy of the attached to be

**NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME** electronically filed

with the Clerk of the Court on December 16, 2025.  Notice of this filing will be served upon

counsel of record via Electronic Notification by the District Court's ECF Filing System.


 /s/  Peter A. Silverman