**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

George Moore
                Plaintiff,

v.                                           Case No.: 1:19–cv–02504
                                                        Honorable Edmond E. Chang

Club Exploria, LLC, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 23, 2025:

      MINUTE entry before the Honorable Edmond E. Chang: On the Plaintiff's motion 402 for partial final judgment on Count 2, the defense response is due by 02/06/2026. The Plaintiff's reply is due by 02/20/2026. The Court will decide the stay motion before the defense response is due. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.