IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GEORGE MOORE,<br><br>    Plaintiff,<br><br>v.<br><br>CLUB EXPLORIA, LLC,<br><br>    Defendant. | Case No. 1:19-cv-02504<br><br>Hon. Edmond E. Chang |

**DEFENDANT CLUB EXPLORIA, LLC'S NOTICE
OF FILING OF REPLY BRIEF ON APPEAL**

Defendant Club Exploria, LLC hereby notifies the Court of the filing of its reply brief in the U.S. Court of Appeals for the Seventh Circuit, Case No. 25-2721. That appeal is now fully briefed, and a copy of Club Exploria's reply brief on appeal is attached hereto as Exhibit A.

Like its opening brief, *see* Dkt. 395-1, Club Exploria's reply brief confirms that its appeal is not frivolous, and this litigation must be stayed pending the appeal's resolution. As Club Exploria has explained, a nonfrivolous "appeal, including an interlocutory appeal, divests the district court of its control over those aspects of the case involved in the appeal." *Coinbase v. Bielski*, 599 U.S. 736, 740 (2023) (quoting *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982)); *see* Dkt. 378 at 2; Dkt. 395 at 1. An appeal is frivolous only when its "result is obvious or when the appellant's argument is wholly without merit." *Dolin v. GlaxoSmithKline LLC*, 951 F.3d 882, 888 (7th Cir. 2020). Club Exploria's arguments in reply make clear that—at minimum—its appeal is not frivolous under this demanding standard. As a result, the Court should confirm that these proceedings are stayed pending the appeal's resolution.

Dated: January 13, 2026    Respectfully submitted,

<div style="margin-left: 2em;">

<u>s/ Michael D. Roth</u>
Michael D. Roth
Rachel Ali-Brown (*pro hac vice*)
KING & SPALDING LLP
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
(213) 443-4355
mroth@kslaw.com
rali-brown@kslaw.com

Livia M. Kiser
KING & SPALDING LLP
110 North Wacker Drive
Suite 3800
Chicago, IL 60606
(312) 995-6333
lkiser@kslaw.com

*Counsel for Defendant Club Exploria, LLC*

</div>

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 13, 2026, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of such filing to all counsel of record.

                                                 *s/ Michael D. Roth*
                                                 Michael D. Roth