**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

George Moore

      Plaintiff,

v.           Case No.: 1:19–cv–02504
           Honorable Edmond E. Chang

Club Exploria, LLC, et al.

      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 16, 2026:

   MINUTE entry before the Honorable Edmond E. Chang: On review of the Plaintiff's motion to supplement the record on appeal with R. 386, the Defendant shall respond by 12:00 p.m. on 01/20/2026. If there is no objection (it is difficult to envision how there can be an objection to supplement the record with a docketed filing), then the Defendant may simply email the courtroom deputy (copying the Plaintiff) so stating by 12:00 p.m. on 01/20/2026. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.