# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

George Moore
                Plaintiff,

v.                                       Case No.: 1:19−cv−02504
                                              Honorable Edmond E. Chang

Club Exploria, LLC, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 20, 2026:

        MINUTE entry before the Honorable Edmond E. Chang: On review of the Plaintiff's motion [408] to supplement the record on appeal with R. 386, and the defense response, R. 411, the motion is granted. The filing of course is part of the original papers filed in the district court, and thus properly is part of the record on appeal, Fed. R. App. P. 10(a)(1). The defense's objections to the propriety of relying on the filing and to the filing's relevance to the appeal may be raised in the briefing with the Seventh Circuit. The Seventh Circuit of course ought to be the decision−maker on propriety and relevance. If this Court were to refuse to transmit the filing to the record on appeal, then the district court, rather than the Seventh Circuit, would decide. That is not the way appeals work. The motion is granted. The Clerk of Court shall transmit R. 386 to the Seventh Circuit. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.