IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GEORGE MOORE,<br><br>    Plaintiff,<br><br>v.<br><br>CLUB EXPLORIA, LLC,<br><br>    Defendant. | Case No. 1:19-cv-02504<br><br>Hon. Edmond E. Chang |

**DEFENDANT CLUB EXPLORIA, LLC'S**
**<u>NOTICE OF ORAL ARGUMENT ON APPEAL</u>**

    Defendant Club Exploria, LLC hereby notifies the Court that oral argument has been scheduled for April 15, 2026, in Club Exploria's appeal before the U.S. Court of Appeals for the Seventh Circuit, Case No. 25-2721. As Club Exploria has explained, a nonfrivolous "appeal, including an interlocutory appeal, divests the district court of its control over those aspects of the case involved in the appeal." *Coinbase v. Bielski*, 599 U.S. 736, 740 (2023) (quoting *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982)); *see* Dkt. 378 at 2; Dkt. 395 at 1; Dkt. 407 at 1. It is not the practice of the Seventh Circuit to schedule oral argument in frivolous appeals. *See* Practitioner's Handbook for Appeals to the U.S. Court of Appeals for the Seventh Circuit 193 (2020 ed.) (stating oral argument will not be needed if "the appeal is frivolous" and citing Fed. R. App. P. 34(a)(2)).

    This Court should therefore make clear that the case is stayed pending resolution of the appeal and should strike Plaintiff's Motion for Entry of Partial Judgment, Dkt. 402, which was filed in violation of the automatic stay.

| | |
|---|---|
| Dated: February 16, 2026 | Respectfully submitted,<br><br>*s/ Livia M. Kiser*<br>Livia M. Kiser |

Ill. Bar No. 6275283
KING & SPALDING LLP
110 North Wacker Drive
Suite 3800
Chicago, IL 60606
(312) 995-6333
lkiser@kslaw.com

Michael D. Roth
Cal. Bar. No. 217464
KING & SPALDING LLP
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
(213) 443-4355
mroth@kslaw.com

*Counsel for Defendant Club Exploria, LLC*

3

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 16, 2026, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of such filing to all counsel of record.

                *s/ Livia M. Kiser*
                Livia M. Kiser