IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GEORGE MOORE,<br><br>  Plaintiff,<br><br>v.<br><br>CLUB EXPLORIA, LLC,<br><br>  Defendant. | Case No. 1:19-cv-02504<br><br>Hon. Edmond E. Chang |

### DEFENDANT CLUB EXPLORIA, LLC'S NOTICE OF INTENT TO SEEK A STAY IN THE SEVENTH CIRCUIT

Defendant Club Exploria, LLC respectfully notifies the Court that Club Exploria intends to file a motion in the U.S. Court of Appeals for the Seventh Circuit on Wednesday, March 11, 2026, at 12:00 p.m. Central Time asking that court to stay this case pending the resolution of Club Exploria's appeal in Case No. 25-2721 if, by that time, this Court has not granted Club Exploria's stay motion or extended the deadline for Club Exploria to respond to Plaintiff's motion for entry of partial judgment.

As Club Exploria has explained, this case is automatically stayed pursuant to binding case law because this Court has not certified that Club Exploria's appeal is frivolous (and the Seventh Circuit has scheduled oral arguments in that appeal for April 15). A nonfrivolous "appeal, including an interlocutory appeal, divests the district court of its control over those aspects of the case involved in the appeal." *Coinbase v. Bielski*, 599 U.S. 736, 740 (2023) (quotation marks omitted); *see* Dkt. 378 at 2; Dkt. 395 at 1; Dkt. 407 at 1; Dkt. 415 at 1. Club Exploria should not be required to respond to Plaintiff's motion for entry of partial judgment while this case is stayed by operation of law. This Court has seemingly recognized as much: The Court previously stated that it would "decide [Club Exploria's] stay motion before the defense response [to Plaintiff's

motion for entry of partial judgment] is due," Dkt. 404, and it has repeatedly extended the deadline for Club Exploria's response, *see* Dkts. 404, 413, 414, 416.

Nonetheless, as matters currently stand, this Court has set a deadline for Club Exploria's response of this Friday, March 13, just three days from now. Dkt. 416. This Court has not extended the deadline as it did in advance of prior deadlines, nor has it ruled on Club Exploria's stay motion. Club Exploria contacted chambers on Monday, March 9, to inquire about the deadline, and was informed that the March 13 deadline remains in place. This puts Club Exploria in a difficult position, because if this Court were to deny Club Exploria's stay motion close in time to the March 13 deadline, Club Exploria might not have sufficient time to seek relief from the Seventh Circuit before the deadline.

Accordingly, absent an earlier order from this Court either granting the stay motion or extending the response deadline, Club Exploria intends to move for relief from the Seventh Circuit. Club Exploria respectfully requests that this Court make clear that the case is stayed pending resolution of the appeal and strike Plaintiff's Motion for Entry of Partial Judgment, Dkt. 402, which was filed in violation of the automatic stay. At minimum, Club Exploria respectfully requests that this Court defer Club Exploria's deadline to file its response until the Seventh Circuit rules on Club Exploria's stay motion.

Dated: March 10, 2026

Respectfully submitted,

*s/ Livia M. Kiser*
Livia M. Kiser
Ill. Bar No. 6275283
KING & SPALDING LLP
110 North Wacker Drive
Suite 3800
Chicago, IL 60606
(312) 995-6333
lkiser@kslaw.com

2

Michael D. Roth
Cal. Bar. No. 217464
KING & SPALDING LLP
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
(213) 443-4355
mroth@kslaw.com

*Counsel for Defendant Club Exploria, LLC*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on March 10, 2026, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of such filing to all counsel of record.

                 *s/ Livia M. Kiser*
                 Livia M. Kiser