# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

George Moore

                              Plaintiff,

v.                                                        Case No.: 1:19–cv–02504
                                                            Honorable Edmond E. Chang

Club Exploria, LLC, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 12, 2026:

        MINUTE entry before the Honorable Edmond E. Chang: On review of the defense stay motion, R. 378, and associated briefing, R. 383, 386, the motion [378] is granted given the high standard for deeming an appeal as frivolous. It is true that the litigation conduct of Exploria was readily deemed to have waived any purported right to arbitration, given the years–long discovery, many merits–related filings, the defense summary judgment motion (back in 09/2021), and the post–certification merits arguments. R. 376, Mem. Op. at 9–10 (describing the defense's litigation filings). And no doubt the Plaintiff and class are disappointed by this **second** interlocutory appeal. But frivolity is a difficult standard to meet, and at this point it is best for the interlocutory appeal to conclude before resolving statutory damages and entering final judgment. The motion to stay is granted. The motion [387] to strike the affidavit of the undisclosed witness is Stoff terminated as moot, because the Court did not need to consider it to decide the stay motion. The motion [402] for entry of judgment and its associated briefing schedule are terminated without prejudice, and can be refiled after the appeal is resolved. The status hearing of 03/27/2026 is reset to 05/22/2026 at 8:30 a.m., but to track the case only (no appearance is needed). Instead, the parties shall file a status report the earlier of (a) 05/15/2026 or (b) three business days after a decision on the appeal is entered. Emailed notice(eec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.