# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

March 12, 2026

*By the Court:*

| | |
|---|---|
| No. 25-2721 | GEORGE MOORE,<br>                      Plaintiff - Appellee<br><br>v.<br><br>CLUB EXPLORIA, LLC,<br>                      Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 1:19-cv-02504<br>Northern District of Illinois, Eastern Division<br>District Judge Edmond E. Chang | |

      The following is before the court: **DEFENDANT-APPELLANT'S MOTION TO STAY DISTRICT COURT PROCEEDINGS PENDING APPEAL**, filed on March 11, 2026, by counsel for the appellant.

      In light of the district court's March 12, 2026 order granting a stay of proceedings, **IT IS ORDERED** that the motion is **DENIED** as unnecessary.

form name: **c7_Order_BTC**     (form ID: **178**)