**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

GEORGE MOORE,

     Plaintiff,

v.

CLUB EXPLORIA, LLC,

     Defendant.

Case No.  1:19-cv-02504

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Troutman Amin, LLP, attorneys for Club Exploria, LLC, hereby provides notice of a change of suite number in its address. All future correspondence, notices, and pleadings should be directed to the undersigned counsel as follows:

> Eric J. Troutman (State Bar # 229263)
> Puja J. Amin (State Bar # 299547)
> Brittany A. Andres (State Bar # 340856)
> 400 Spectrum Center, Ste. 1450
> Irvine, CA 92618

Dated: April 6, 2026

Respectfully submitted,

CLUB EXPLORIA, LLC

By: /s/ *Brittany A. Andres*
    Eric J. Troutman (pro hac vice)
    California Bar No. 229263
    Puja J. Amin (pro hac vice)
    California Bar No. 299547
    Brittany Andres (pro hac vice)
    California Bar No. 340856
    Troutman Amin, LLP
    400 Spectrum Center
    Suite 1450
    Irvine, CA 92618

1

2

Telephone: (949) 350-3663
troutman@troutmanamin.com
brittany@troutmanamin.com

Peter A. Silverman
Alexander A. Pabon
Smith, Gambrell & Russell, LLP
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606
psilverman@sgrlaw.com
apabon@sgrlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 6, 2026, she caused a true and correct copy

of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system,

which will send notification of such filing to all counsel of record.

/s/ *Brittany A. Andres*
Brittany A. Andres