**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| GEORGE MOORE, | |
| Plaintiff, | Case No.  1:19-cv-02504 |
| v. | Hon. Edmond E. Chang |
| CLUB EXPLORIA, LLC, | |
| Defendant. | |

**JOINT STATUS REPORT**

On March 12, 2026, the Court stayed proceedings in this case pending appeal and ordered the parties to file a status report on May 15 or three business days after the decision on the appeal is entered, whichever is earlier.  Dkt. 418.

The parties report as follows: Oral argument on the appeal took place on April 15, 2026. The case was taken under advisement, and there have been no further developments.

Dated: May 15, 2026                                      Respectfully submitted,

/s/ Timothy J. Sostrin                                    /s/ Livia M. Kiser
Timothy J. Sostrin                                        Livia M. Kiser
Keith J. Keogh                                            Ill. Bar No. 6275283
KEOGH LAW, LTD.                                           King & Spalding LLP
55 W. Monroe, Ste. 3390                                   110 North Wacker Drive
Chicago, IL 60603                                         Suite 3800
(312) 726-1092                                            Chicago, IL 60606
tsostrin@keoghlaw.com                                     (312) 995-6333
                                                          lkiser@kslaw.com

Anthony Paronich
Paronich Law, P.C.                                        Michael D. Roth
350 Lincoln Street, Suite 2400                            Cal. Bar No. 217464
Hingham, MA 02043                                         King & Spalding LLP
(617) 485-0018                                            633 West Fifth Street

anthony@paronichlaw.com

*Attorneys for Plaintiff*
*and the class*

Suite 1600
Los Angeles, CA 90071
(213) 443-4355
mroth@kslaw.com

*Attorneys for Defendant*
*Club Exploria, LLC*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 15, 2026, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of such filing to all counsel of record.

*/s/ Livia M. Kiser*
Livia M. Kiser
Ill. Bar No. 6275283
King & Spalding LLP

3