**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| GEORGE MOORE on behalf of himself and others similarly situated, | ) | |
| Plaintiff, | ) | Case No. 1:19-cv-02504 |
| v. | ) | |
| CLUB EXPLORIA, LLC, | ) | Hon. Edmond E. Chang |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order of May 20, 2026 (Doc. 422), the parties report that on August 18, 2026 the United States Court of Appeals for the Seventh Circuit issued an opinion affirming this Court's decision and resolving Defendant's interlocutory appeal.

In its prior order of March 12, 2026, the Court authorized Plaintiff to refile his motion for entry of judgment after the appeal is resolved. Doc. 418. Plaintiff will do so as soon as possible and the parties intend to submit a proposed briefing schedule for the motion.

Respectfully Submitted,

Plaintiff George Moore

By: s/ Timothy J. Sostrin
Keith J. Keogh
Timothy J. Sostrin
KEOGH LAW, LTD.
55 W. Monroe, Ste. 3390
Chicago, IL 60603
312-726-1092
tsostrin@keoghlaw.com

*Attorneys for Plaintiff*

Defendant Club Exploria, LLC

By: s/ Livia M. Kiser
Livia M. Kiser
Ill. Bar No. 6275283
KING & SPALDING LLP
110 North Wacker Drive
Suite 3800
Chicago, IL 60606
(312) 995-6333
lkiser@kslaw.com

Michael D. Roth

Cal. Bar. No. 217464
KING & SPALDING LLP
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
(213) 443-4355
mroth@kslaw.com

Eric J. Troutman (pro hac vice)
California Bar No. 229263
Brittany Andres (pro hac vice)
California Bar No. 340856
TROUTMAN AMIN, LLP
400 Spectrum Center
Suite 1550
Irvine, CA 92618
Telephone: (949) 350-3663
troutman@troutmanamin.com
brittany@troutmanamin.com

*Attorneys for Defendant*