**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| GEORGE MOORE,<br><br>Plaintiff,<br><br>v.<br><br>CLUB EXPLORIA, LLC,<br><br>Defendant. | Case No. 1:19-cv-02504<br><br>Hon. Edmond E. Chang |

# JOINT STIPULATION ON BRIEFING SCHEDULE

Plaintiff George Moore ("Moore" or "Plaintiff") and Defendant Club Exploria, LLC ("Club Exploria" or "Defendant"), pursuant to the Court's August 25, 2026 Minute Order (ECF 424), hereby stipulate to the following briefing schedule and page limits, subject to the approval of the Court:

1. Plaintiff will refile his Motion for Entry of Partial Judgment (ECF 402) on August 31, 2026;

2. Defendant will have up to and including September 28, 2026 to file a responsive brief of up to twenty (20) pages;

3. Plaintiff will have up to and including October 19, 2026 to file a reply brief of up to twenty (20) pages.

**IT IS SO STIPULATED**.

Dated: August 28, 2026

Respectfully submitted,

| | |
|---|---|
| */s/ Timothy J. Sostrin* | */s/ Livia M. Kiser* |
| Keith J. Keogh | Livia M. Kiser |
| Timothy J. Sostrin | Ill. Bar No. 6275283 |
| **KEOGH LAW, LTD.** | **King & Spalding LLP** |

55 W. Monroe, Ste. 3390
Chicago, IL 60603
(312) 726-1092
tsostrin@keoghlaw.com

*Attorneys for Plaintiff*

110 North Wacker Drive
Suite 3800
Chicago, IL 60606
(312) 995-6333
lkiser@kslaw.com

Michael D. Roth
**King & Spalding LLP**
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
(213) 443-4355
mroth@kslaw.com

*Attorneys for Defendant*
*Club Exploria, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2026, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of such filing to all counsel of record.

*/s/ Livia M. Kiser*