# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| GEORGE MOORE on behalf of himself and others similarly situated, | ) | |
| Plaintiff, | ) | No. 1:19-cv-02504 |
| v. | ) | |
| CLUB EXPLORIA, LLC, | ) | Hon. Edmond E. Chang |
| Defendant. | ) | |

## PARTIAL FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 54(b), and there being no just reason for delay, the Court enters judgment in the amount of $35,769,000 against Defendant Club Exploria, LLC on Count Two[1] of the Amended Complaint in favor of the certified class, defined as follows:

> "All persons in the United States subscribing to a cellular telephone number that received a prerecorded soundboard call promoting Club Exploria's Summer Bay Resort between March 1, 2018, and August 15, 2019, where the soundboard operator initiated a transfer of the call to Club Exploria."

Rule 23(c)(2) notice was directed to the foregoing class (See Doc. 307, 308). Any person who timely executed a request for exclusion is excluded from the class and this judgment.

[1] Count One, which Plaintiff brings on an individual basis, remains pending before the Court.

Pursuant Fed. R. Civ. P. 23(h) and 54(d), any motion for attorney's fees, expenses, and incentive awards shall be filed within 14 days after the entry of this judgment. Notice of that motion shall be directed to the class pursuant to Fed. R. Civ. P. 23(h)(2). Plaintiff shall file a motion to approve a proposed notice plan within 28 days of the entry of this judgment.

ENTERED:

________________________________
Honorable Edmond E. Chang
United States District Judge

DATE: ______________________