**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

George Moore

Plaintiff,

v.

Case No.: 1:19−cv−02504
Honorable Edmond E. Chang

Club Exploria, LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 4, 2026:

MINUTE entry before the Honorable Edmond E. Chang: Thomas Spiegler's and Kathryn P. Tenkhoff's motions to appear pro hac vice for Defendant Club Exploria LLC [425], [426] are granted. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.