**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

George Moore

Plaintiff,

v.

Case No.: 1:19−cv−02504
Honorable Edmond E. Chang

Club Exploria, LLC, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 4, 2026:

MINUTE entry before the Honorable Edmond E. Chang: On the joint motion [427] to set briefing schedule, the motion is granted. The Plaintiff's motion for partial judgment was refiled on 08/31/2026, R. 428. The defense response is due by 09/28/2026. The Plaintiff's reply is due by 10/19/2026. The response and reply may use up to 20 pages each. The status report deadline is vacated, and the tracking status hearing of 09/11/2026 is reset to 11/20/2026 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.