# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

CERTIFIED COPY

A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

## FINAL JUDGMENT

August 18, 2026

Before
MICHAEL B. BRENNAN, *Chief Judge*
CANDACE JACKSON-AKIWUMI, *Circuit Judge*
NANCY L. MALDONADO, *Circuit Judge*

| | |
|---|---|
| No. 25-2721 | GEORGE MOORE,<br>Plaintiff - Appellee<br><br>v.<br><br>CLUB EXPLORIA, LLC,<br>Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 1:19-cv-02504<br>Northern District of Illinois, Eastern Division<br>District Judge Edmond E. Chang | |

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

Clerk of Court

form name: **c7_FinalJudgment** (form ID: **132**)