# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

September 9, 2026

To: Thomas G. Bruton
UNITED STATES DISTRICT COURT
Northern District of Illinois
Chicago, IL 60604

| | |
|---|---|
| No. 25-2721 | GEORGE MOORE, Plaintiff - Appellee<br><br>v.<br><br>CLUB EXPLORIA, LLC, Defendant - Appellant |

| **Originating Case Information:** |
|---|
| District Court No: 1:19-cv-02504<br>Northern District of Illinois, Eastern Division<br>District Judge Edmond E. Chang |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS: No record to be returned

form name: **c7_Mandate** (form ID: **135**)