**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| GEORGE MOORE,<br><br>Plaintiff,<br><br>v.<br><br>CLUB EXPLORIA, LLC,<br><br>Defendant | Case No. 1:19-cv-02504<br><br>Hon. Edmond E. Chang |

**DECLARATION OF LIVIA M. KISER IN SUPPORT OF DEFENDANT CLUB EXPLORIA, LLC'S RESPONSE TO PLAINTIFF'S MOTION FOR ENTRY OF PARTIAL JUDGMENT**

I, Livia M. Kiser, declare as follows:

1. My name is Livia M. Kiser. I am an attorney admitted to practice before the trial bar of this court and a partner at King & Spalding, LLP, counsel for Club Exploria, LLC in the above-captioned matter. I am over 18 years of age and competent to testify to the matters set forth herein.

2. Attached to this declaration as Exhibit 1 is a true and correct copy of a protective order obtained by Jennifer Ann Moore against Plaintiff George Moore, issued by the Circuit Court of Illinois, Eighteenth Judicial District, on March 31, 2020. This document was obtained from the public docket.

3. Attached to this declaration as Exhibit 2 is a true and correct copy of an application for a protective order filed by Jennifer Ann Moore against Plaintiff George Moore in the Circuit Court of Illinois, Eighteenth Judicial District, on March 31, 2020. This document was obtained from the public docket.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on September 28, 2026, in Los Angeles, California.

/s/ *Livia M. Kiser*

Livia M. Kiser