# APPENDIX B

## Documents Relied Upon

**Case Documents**

Class Action Complaint (Dkt. 1)
First Amended Complaint (Dkt. 55)
Defendant Club Exploria's Answer and Affirmative Defenses To Plaintiff's First Amended Class Action Complaint (Dkt. 62)
Class Certification Order (Dkt. 225)
Motion to Approve Class Notice Plan (Dkt. 250)
Motion to Approve Supplementation of Notice Plan (Dkt. 289)
Joint Status Report (Dkt.306)
Joint Status Report (Dkt.308)
Declaration of Expert Aaron Woolfson (Dkt. 322-67)
Report of Aaron Woolfson in Rebuttal to Jennifer Smith and Ken Sponsler (Dkt. 322-68)
Memorandum Opinion and Order (Dkt. 376)
Motion for Entry of Partial Judgment and Exhibit (Dkt. 428 and 428-1)
Deposition and Exhibits of Joshua Grant Kidd, June 10, 2021
Deposition and Exhibits of George Moore, December 9, 2020
Deposition and Exhibits of Ranice Rogers, August 27, 2020
Deposition and Exhibits of Kyle Wood, November 5, 2020
Deposition and Exhibits of Aaron Woolfson, January 13, 2022

**Case Data**

Prospects DM call logs (TRAVEL EXPLORIA CALL LOGS_72478245_1.xlsx)
Yodel call logs ("exploria_dialing.csv" or "ThirdParty_000186.csv")
Exploria_Round 1 Search Results.xlsx
Exploria_Round 2 Search Results.xlsx
CE-00175.mp3
Sales Statistics and Efficiency - 2026-09-21T173044.571 dc.xlsx
Phone Numbers and relationship.xlsx
ATT 3046314 copy.xlsx
Verizon Case 23468649 Moore vs club Exploria.csv
CONFIDENTIAL - Carolina West (1).xlsx
pwilson_2282090503_sub_info_2023-09-29-09-04-02 - Copy.txt
pwilson_2282163109_sub_info_2023-09-29-09-09-23.txt
pwilson_2282167807_sub_info_2023-09-29-09-09-02.txt
pwilson_2282342670_sub_info_2023-09-29-09-12-01.txt
pwilson_2282344857_sub_info_2023-09-29-09-28-24.txt
pwilson_2282348058_sub_info_2023-09-29-09-44-24.txt
pwilson_2282578357_sub_info_2023-09-29-09-11-02.txt
pwilson_2282816582_sub_info_2023-09-29-09-49-01.txt
pwilson_2283272525_sub_info_2023-09-29-09-17-02.txt
pwilson_2283653026_sub_info_2023-09-29-09-20-23.txt
pwilson_2285967782_sub_info_2023-09-29-09-27-23.txt
pwilson_2286971373_sub_info_2023-09-29-09-35-23.txt
pwilson_2286976830_sub_info_2023-09-29-09-18-01.txt
pwilson_2287616169_sub_info_2023-09-29-09-28-02.txt
pwilson_2288613163_sub_info_2023-09-29-09-42-23.txt
pwilson_2289908720_sub_info_2023-09-29-09-44-01.txt
pwilson_2516352516_sub_info_2023-09-29-09-51-02.txt
pwilson_6012187931_sub_info_2023-09-29-09-30-01.txt
pwilson_6012383160_sub_info_2023-09-29-09-16-23.txt
pwilson_6012387844_sub_info_2023-09-29-09-08-23.txt
pwilson_6012498366_sub_info_2023-09-29-09-20-02.txt
pwilson_6012789673_sub_info_2023-09-29-09-48-02.txt
pwilson_6012974823_sub_info_2023-09-29-09-19-02.txt
pwilson_6013070607_sub_info_2023-09-29-10-12-01.txt
pwilson_6013251479_sub_info_2023-09-29-09-38-24.txt
pwilson_6013355311_sub_info_2023-09-29-09-52-01.txt
pwilson_6013370107_sub_info_2023-09-29-09-47-01.txt
pwilson_6013821712_sub_info_2023-09-29-09-51-24.txt
pwilson_6013825977_sub_info_2023-09-29-09-53-01.txt
pwilson_6014084680_sub_info_2023-09-29-10-09-24.txt
pwilson_6014089128_sub_info_2023-09-29-10-02-01.txt
pwilson_6014151055_sub_info_2023-09-29-10-01-23.txt

pwilson_6014332975_sub_info_2023-09-29-09-37-23.txt
pwilson_6014412947_sub_info_2023-09-29-10-07-23.txt
pwilson_6014433301_sub_info_2023-09-29-10-17-01.txt
pwilson_6014554334_sub_info_2023-09-29-09-46-01.txt
pwilson_6014557226_sub_info_2023-09-29-09-19-23.txt
pwilson_6014660211_sub_info_2023-09-29-10-00-23.txt
pwilson_6014796902_sub_info_2023-09-29-10-11-23.txt
pwilson_6014983213_sub_info_2023-09-29-10-21-23.txt
pwilson_6014988019_sub_info_2023-09-29-10-14-23.txt
pwilson_6014988406_sub_info_2023-09-29-10-21-02.txt
pwilson_6014988617_sub_info_2023-09-29-10-20-23.txt
pwilson_6015023271_sub_info_2023-09-29-10-25-02.txt
pwilson_6015033119_sub_info_2023-09-29-10-29-01.txt
pwilson_6015034640_sub_info_2023-09-29-10-26-02.txt
pwilson_6015081243_sub_info_2023-09-29-10-42-24.txt
pwilson_6015083683_sub_info_2023-09-29-10-24-23.txt
pwilson_6015136743_sub_info_2023-09-29-10-46-23.txt
pwilson_6015170225_sub_info_2023-09-29-09-29-23.txt
pwilson_6015174758_sub_info_2023-09-29-10-22-02.txt
pwilson_6015175419_sub_info_2023-09-29-09-45-23.txt
pwilson_6015221165_sub_info_2023-09-29-10-37-01.txt
pwilson_6015284905_sub_info_2023-09-29-10-34-23.txt
pwilson_6015302215_sub_info_2023-09-29-16-02-23.txt
pwilson_6015309339_sub_info_2023-09-29-15-53-01.txt
pwilson_6015403115_sub_info_2023-09-29-10-50-01.txt
pwilson_6015519703_sub_info_2023-09-29-10-39-02.txt
pwilson_6015730447_sub_info_2023-09-29-16-09-23.txt
pwilson_6015731479_sub_info_2023-09-29-16-19-01.txt
pwilson_6015776637_sub_info_2023-09-29-09-50-02.txt
pwilson_6015962772_sub_info_2023-09-29-16-10-23.txt
pwilson_6015968762_sub_info_2023-10-02-09-44-23.txt
pwilson_6015971244_sub_info_2023-09-29-10-04-23.txt
pwilson_6016063472_sub_info_2023-09-29-10-13-02.txt
pwilson_6016653662_sub_info_2023-09-29-10-36-24.txt
pwilson_6016744002_sub_info_2023-09-29-15-55-02.txt
pwilson_6017021004_sub_info_2023-09-29-10-49-23.txt
pwilson_6017203671_sub_info_2023-09-29-10-24-02.txt
pwilson_6017203950_sub_info_2023-09-29-16-03-23.txt
pwilson_6017206126_sub_info_2023-10-02-09-46-02.txt
pwilson_6017206220_sub_info_2023-09-29-16-18-23.txt
pwilson_6017358556_sub_info_2023-09-29-10-23-01.txt
pwilson_6017544415_sub_info_2023-09-29-10-33-23.txt
pwilson_6017546550_sub_info_2023-10-02-09-39-23.txt
pwilson_6017549983_sub_info_2023-09-29-10-35-01.txt
pwilson_6017600476_sub_info_2023-10-02-09-43-02.txt
pwilson_6017652368_sub_info_2023-09-29-10-44-23.txt
pwilson_6017861548_sub_info_2023-09-29-16-00-23.txt
pwilson_6017955262_sub_info_2023-09-29-16-26-23.txt
pwilson_6017956780_sub_info_2023-09-29-10-53-23.txt
pwilson_6018142675_sub_info_2023-09-29-16-11-23.txt
pwilson_6019168411_sub_info_2023-10-02-09-53-01.txt
pwilson_6019283747_sub_info_2023-10-02-10-02-01.txt
pwilson_6019382787_sub_info_2023-09-29-10-34-01.txt
pwilson_6019384409_sub_info_2023-10-02-10-14-02.txt
pwilson_6019409441_sub_info_2023-09-29-16-10-02.txt
pwilson_6019410623_sub_info_2023-09-29-10-51-23.txt
pwilson_6019413029_sub_info_2023-09-29-16-01-02.txt
pwilson_6019416881_sub_info_2023-10-02-09-39-01.txt
pwilson_6622070918_sub_info_2023-10-02-09-47-01.txt
pwilson_6622072343_sub_info_2023-09-29-16-02-01.txt
pwilson_6622078218_sub_info_2023-10-02-10-32-23.txt
pwilson_6622101518_sub_info_2023-10-02-10-41-23.txt
pwilson_6622138089_sub_info_2023-10-02-10-40-02.txt

pwilson_6622518349_sub_info_2023-10-02-09-42-01.txt
pwilson_6622954717_sub_info_2023-09-29-16-24-23.txt
pwilson_6622954912_sub_info_2023-09-29-16-19-23.txt
pwilson_6622956267_sub_info_2023-10-02-09-52-02.txt
pwilson_6622957992_sub_info_2023-10-02-09-36-01.txt
pwilson_6622958160_sub_info_2023-10-02-10-02-23.txt
pwilson_6622958846_sub_info_2023-10-02-10-05-02.txt
pwilson_6622992592_sub_info_2023-10-02-09-50-23.txt
pwilson_6622993016_sub_info_2023-09-29-16-25-01.txt
pwilson_6623020164_sub_info_2023-10-02-10-00-24.txt
pwilson_6623034182_sub_info_2023-10-02-09-41-01.txt
pwilson_6623616885_sub_info_2023-10-02-10-17-01.txt
pwilson_6623860342_sub_info_2023-10-02-09-58-01.txt
pwilson_6623906255_sub_info_2023-10-02-09-37-02.txt
pwilson_6624024608_sub_info_2023-10-02-09-57-23.txt
pwilson_6624875399_sub_info_2023-10-02-10-47-23.txt
pwilson_6625714265_sub_info_2023-10-02-10-48-23.txt
pwilson_6625719180_sub_info_2023-09-29-16-27-23.txt
pwilson_6625882011_sub_info_2023-10-02-10-06-01.txt
pwilson_6625887191_sub_info_2023-10-02-09-51-23.txt
pwilson_6625902806_sub_info_2023-10-02-09-40-02.txt
pwilson_6626899038_sub_info_2023-10-02-10-24-24.txt
pwilson_6627198500_sub_info_2023-10-02-10-32-02.txt
pwilson_6627210485_sub_info_2023-10-02-09-54-24.txt
pwilson_6627216517_sub_info_2023-10-02-10-34-02.txt
pwilson_6627690146_sub_info_2023-10-02-10-43-01.txt
pwilson_6627751193_sub_info_2023-10-02-10-00-01.txt
pwilson_6627903400_sub_info_2023-10-02-10-01-01.txt
pwilson_6628033367_sub_info_2023-10-02-10-15-02.txt
pwilson_6628081245_sub_info_2023-10-02-10-14-23.txt
pwilson_6628202279_sub_info_2023-10-02-10-26-23.txt
pwilson_6628209926_sub_info_2023-10-02-09-55-01.txt
pwilson_6628227793_sub_info_2023-10-02-10-44-01.txt
pwilson_6628718616_sub_info_2023-10-02-10-34-24.txt
pwilson_6628731550_sub_info_2023-10-02-09-59-01.txt
pwilson_6629026488_sub_info_2023-10-02-10-42-23.txt
pwilson_6629070916_sub_info_2023-10-02-10-13-23.txt
pwilson_6629311503_sub_info_2023-10-02-10-16-23.txt
pwilson_7692339184_sub_info_2023-10-02-10-45-01.txt
pwilson_7692372177_sub_info_2023-10-02-10-04-01.txt
pwilson_7692428675_sub_info_2023-10-02-10-27-01.txt
pwilson_7692579474_sub_info_2023-10-02-10-31-23.txt
pwilson_7697981482_sub_info_2023-10-02-10-39-23.txt
pwilson_9012388853_sub_info_2023-10-02-10-25-23.txt
pwilson_9012587909_sub_info_2023-10-02-10-16-02.txt
CONFIDENTIAL - 6062165011_Subscriber_Information1 (1).xlsx
CONFIDENTIAL - 6062166047_Subscriber_Information1 (1).xlsx
CONFIDENTIAL - 6064223173_Subscriber_Information1 (1).xlsx
CONFIDENTIAL - 6064224964_Subscriber_Information1 (1).xlsx
CONFIDENTIAL - 6065059099_Subscriber_Information1 (1).xlsx
CONFIDENTIAL - 6065689801_Subscriber_Information1 (1).xlsx
CONFIDENTIAL - 6066164763_Subscriber_Information1 (1).xlsx
CONFIDENTIAL - 6066247424_Subscriber_Information1 (1).xlsx
CONFIDENTIAL - 6067921309_Subscriber_Information1 (1).xlsx
CONFIDENTIAL - 6067949011_Subscriber_Information1 (1).xlsx
CONFIDENTIAL - GCI response to subpoena (1).csv
CONFIDENTIAL - Information requested (1).xlsx
CONFIDENTIAL - RP-19554 Subscriber Information_FINAL.pdf
CONFIDENTIAL - 19142531_United_States_CELLULAR_with_customer_info (1).xlsx
BSCS_Prepaid_final (Non PA).xlsx
Moore vs. Club Expedia Results (Non PA).xlsx
RPX_prepaid_final (Non PA).xlsx
Samson_postpaid_final (Non PA).xlsx

**Publicly Available Information**

"Geographic Mobility: 2015 to 2020 (Table 1-1. General Mobility, by Race and Hispanic or Latino Origin, Region, Sex, Age, Relationship to Householder, Educational Attainment, Marital Status, Nativity, Tenure, and Poverty Status: 2015 to 2020)", US Census Bureau, available at <https://www.census.gov/data/tables/2020/demo/geographic-mobility/cps-2020-5yr.html>

Second Notice of Inquiry, Federal Communications Commission, July 13, 2017, available at <https://docs.fcc.gov/public/attachments/FCC-17-90A1.pdf>

Reassigned Number Database, at <reassigned.us> and <https://www.fcc.gov/reassigned-numbers-database>

Lee, Kevin and Arvind Narayanan. "Security and Privacy Risks of Number Recycling at Mobile Carriers in the United States", Proceedings of the 2021 APWG Symposium on Electronic Crim Research (eCrime), available at <https://recyclednumbers.cs.princeton.edu/assets/recycled-numbers-latest.pdf>

Griffith, Eric. “Far Too Many 'Adults' Still Using Parents' Phone Plan,” PC Magazine, Aug 3, 2019, available at <https://www.pcmag.com/news/far-too-many-adults-still-using-parents-phone-plan>.

Verizon Communications Inc. Form 10-K for year ended December 21, 2025, available at <https://www.verizon.com/about/sites/default/files/2025-Annual-Report-on-Form-10k.pdf>