# Declaration and Exhibit 1– Filed Under Seal