**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| GEORGE MOORE,<br><br>Plaintiff,<br><br>v.<br><br>CLUB EXPLORIA, LLC,<br><br>Defendant. | Case No. 1:19-cv-02504<br><br>Hon. Edmond E. Chang |

**<u>DEFENDANT CLUB EXPLORIA, LLC'S UNOPPOSED MOTION TO SEAL</u>**

Defendant Club Exploria, LLC, pursuant to Local Rules 5.8 and 26.2, moves to file under seal the Declaration of Michael J. Smith and its attached exhibit (the "Sealed Materials") and to file a redacted version on the public docket. In support of this Motion, Club Exploria states as follows:

1. Club Exploria has filed its Response to Plaintiff's Motion for Entry of Partial Judgment. In connection with that Response, Club Exploria submits the Declaration of Michael J. Smith, Chief Financial Officer of Club Exploria, and a supporting exhibit, addressing the financial consequences that entry of the proposed judgment would have on Club Exploria's operations.[1] Club Exploria believes this information is relevant to the Court's consideration of the appropriate scope and form of any judgment.

[1] The supporting exhibit is a compilation, pursuant to Fed. R. Evid. 1006, of voluminous source documents that cannot conveniently be examined.

2. The Sealed Materials contain confidential information reflecting Club Exploria's financial position. Specifically, the Declaration and attached exhibit detail the terms and outstanding balances of Club Exploria's secured debt facilities, the financial covenants governing those facilities, the Company's current compliance posture, and the consequences of a potential covenant breach. Club Exploria is a private company and has maintained this information as confidential in the ordinary course of its business.

3. Good cause exists to seal this information because public disclosure would cause competitive harm. The Sealed Materials would reveal to competitors, lenders, and potential counterparties the precise structure and current status of Club Exploria's debt, its financial covenant terms and compliance margins, and the cross-default mechanisms in its credit facilities. Neither competitors, lenders, business counterparties, or the public would otherwise have access to this information without consent. Disclosure of the details of this sensitive financial information could thus cause irreparable harm to Club Exploria by putting it at a significant disadvantage in a variety of transactions and/or business dealings. Courts in this district and elsewhere in the Seventh Circuit routinely seal these types of sensitive financial information. *See, e.g.*, *Celine S.A. v. P'ships & Unicorporate Ass'ns Identified on Schedule "A"*, 2025 WL 712484, at *8 (N.D. Ill. Mar. 5, 2025) (holding, "[a]s many courts in this circuit have held before," that "financial records not normally made known to the public may be properly filed under seal" and collecting cases).

4. The Sealed Materials are also subject to a lower threshold for sealing because they do not bear on the merits of this litigation. The Seventh Circuit has recognized that the relevance of information to the merits is an important consideration in deciding whether to seal. *See Baxter Int'l, Inc. v. Abbott Lab'ys*, 297 F.3d 544, 546 (7th Cir. 2002); *Old River, LLC v. Autocam-Har, Inc.*, 2005 WL 8179220, at *2 (N.D. Ill. Dec. 5, 2005). Here, the Sealed Materials address Club

Exploria's financial position, not any element of Plaintiff's TCPA claim or the basis for class certification. They are submitted solely to provide context for the Court's consideration of the appropriate scope and form of any judgment. Because the information is not relevant to the merits, sealing is more readily warranted.

5. Club Exploria's request for sealing is narrowly tailored. Club Exploria's Response, the Declaration of Douglas Kidder, and all other supporting materials are filed on the public docket. The only materials for which Club Exploria seeks sealing are the Declaration of Michael J. Smith and the attached financial exhibit, as those are the documents that provide the details of Club Exploria's financial condition, the disclosure of which is likely to irreparably harm Club Exploria.

6. Pursuant to the Court's procedures, Club Exploria has contemporaneously filed a publicly available version of its Response with the Sealed Materials excluded and a slip sheet in their place.

7. Undersigned counsel has conferred with Plaintiff's counsel regarding this Motion. Plaintiff does not oppose the sealing of the information but otherwise preserves all objections regarding the information's use.

**WHEREFORE**, Club Exploria respectfully requests that the Court grant this Motion and permit the Declaration of Michael J. Smith and accompanying exhibit to be filed under seal.

Dated: September 28, 2026

Respectfully submitted,
*/s/ Livia M. Kiser*
Livia M. Kiser
Ill. Bar No. 6275283
**King & Spalding LLP**
110 North Wacker Drive

Suite 3800
Chicago, IL 60606
(312) 995-6333
lkiser@kslaw.com

Michael D. Roth (*pro hac vice*)
**King & Spalding LLP**
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
(213) 443-4355
mroth@kslaw.com

*Attorneys for Defendant*
*Club Exploria, LLC*