**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| GEORGE MOORE,<br><br>Plaintiff,<br><br>v.<br><br>CLUB EXPLORIA, LLC,<br><br>Defendant. | Case No. 1:19-cv-02504<br><br>Hon. Edmond E. Chang |

**[PROPOSED] ORDER**

This matter is before the Court on Defendant Club Exploria, LLC's Unopposed Motion to Seal. For the reasons stated in the Motion, the Court finds that good cause exists to seal the Declaration of Michael J. Smith and its attached exhibit.

IT IS HEREBY ORDERED that:

1. Defendant's Motion to Seal is GRANTED.
2. The Declaration of Michael J. Smith and its attached exhibit, filed in connection with Defendant's Response to Plaintiff's Motion for Entry of Partial Judgment, shall be maintained under seal.
3. The publicly filed version of Defendant's Response, with the sealed materials excluded and a slip sheet in their place, shall serve as the public record.

**SO ORDERED.**

ENTERED: ____________________

Hon. Edmond E. Chang
United States District Judge