**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| GEORGE MOORE,<br><br>Plaintiff,<br><br>v.<br><br>CLUB EXPLORIA, LLC,<br><br>Defendant. | Case No. 1:19-cv-02504<br><br>Hon. Edmond E. Chang |

**[PROPOSED] ORDER**

This matter is before the Court on Defendant Club Exploria, LLC's Opposed Motion for Oral Argument on Plaintiff's Motion for Entry of Partial Judgment. For the reasons stated in the Motion, the Court finds that oral argument will assist in the resolution of Plaintiff's Motion for Entry of Partial Judgment.

**IT IS HEREBY ORDERED** that oral argument on Plaintiff's Motion for Entry of Partial Judgment (Dkt. 428) is set for __________, 2026, at _______ a.m./p.m.

ENTERED: ___________________

Hon. Edmond E. Chang
United States District Judge