**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| GEORGE MOORE,<br><br>Plaintiff,<br><br>v.<br><br>CLUB EXPLORIA, LLC,<br><br>Defendant. | Case No. 1:19-cv-02504<br><br>Hon. Edmond E. Chang |

**NOTICE OF PRESENTMENT**

PLEASE TAKE NOTICE that Defendant Club Exploria, LLC's Opposed Motion for Oral Argument on Plaintiff's Motion for Entry of Partial Judgment (Dkt. 438) will be presented to the Honorable Edmond E. Chang on **October 5, 2026, at 8:30 a.m.**, in Courtroom 2341 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604.

Dated: September 30, 2026

Respectfully submitted,

*/s/ Livia M. Kiser*
Livia M. Kiser
Ill. Bar No. 6275283
**King & Spalding LLP**
110 North Wacker Drive
Suite 3800
Chicago, IL 60606
(312) 995-6333
lkiser@kslaw.com

Michael D. Roth (*pro hac vice*)
**King & Spalding LLP**
633 West Fifth Street
Suite 1600

Los Angeles, CA 90071
(213) 443-4355
mroth@kslaw.com

*Attorneys for Defendant*
*Club Exploria, LLC*