**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| GEORGE MOORE on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CLUB EXPLORIA , LLC<br><br>Defendant. | : | Case No. 1:19-cv-02504<br><br>Hon. Edmond E. Chang |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL HIS**
**<u>REPLY IN SUPPORT OF MOTION FOR ENTRY OF PARTIAL JUDGMENT</u>**

1. Pursuant to Local Rule 26.2 and the Agreed Confidentiality Order entered on August 14, 2019 (Doc. 39), Plaintiff George Moore respectfully requests the Court allow him to file non-redacted versions of his Reply in Support of Motion for Entry of Partial Judgment under seal.

2. The Court has already granted Plaintiff leave to file the same materials under seal when submitted in Plaintiff's Rule 56.1 Statement on his motion for summary judgment (Doc. 324), but plaintiff files this motion out of an abundance of caution. In further support hereof, Plaintiff states:

3. Plaintiff's cites and quotes materials Defendant designated as confidential pursuant to the protective order entered in this case, which prohibits the public filing of such documents and requires a motion for leave to file under seal. (Doc. 39).

4. As Plaintiff relies on these documents in support of his motion for entry of partial judgment, and as the Court previously granted leave to file the same materials under seal, he respectfully submits that there is good cause to allow their filing, at least provisionally, under seal here as well.

WHEREFORE, Plaintiff respectfully requests this Court grant his motion and enter an order allowing Plaintiff to file a non-redacted version of his Reply in Support of Motion for Entry of Partial Judgment under seal.

Respectfully submitted,

By: s/ Timothy J. Sostrin

Keith J. Keogh
Timothy J. Sostrin
KEOGH LAW, LTD.
55 W. Monroe, Ste. 3390
Chicago, IL 60603
(312) 726-1092 (office)
(312) 726.1093 (fax)
TSostrin@KeoghLaw.com
*Attorneys for Plaintiff*