IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE MOORE on behalf of himself and others similarly situated, | ) | |
| Plaintiff, | ) | Case No. 1:19-cv-02504 |
| v. | ) | |
| CLUB EXPLORIA, LLC, | ) | Hon. Edmond E. Chang |
| Defendant. | ) | |

## NOTICE OF MOTION

TO: ECF Service List

**PLEASE TAKE NOTICE** that on October 27, 2026 at 8:30 a.m., counsel for Plaintiffs shall appear before the Honorable Judge Edmond E. Chang, or any other judge sitting in his stead, in Courtroom 2341, United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Plaintiff's Motion to For Leave to File Under Seal**, which was filed today with the ECF system for the Northern District of Illinois.

Dated: October 19, 2026

Respectfully Submitted,

/s/ Timothy J. Sostrin

Keith J. Keogh
Timothy J. Sostrin
KEOGH LAW, LTD.
55 W. Monroe Street, Suite 3390
Chicago, Illinois 60603
(312) 726-1092
keith@keoghlaw.com
tsostrin@keoghlaw.com
*Attorneys for Plaintiffs and the Class*