**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

George Moore
Plaintiff,
v.
Club Exploria, LLC, et al.
Defendant.

Case No.: 1:19−cv−02504
Honorable Edmond E. Chang

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 20, 2026:

MINUTE entry before the Honorable Edmond E. Chang: The Plaintiff's motion to seal certain materials for the reply [443] is granted provisionally. The Court will again review the propriety of sealing when evaluating the underlying motion. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.